THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER T. ALEXANDER, | CASE NO. C21-0148-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SIEMENS HEALTHINEERS; LINCOLN FINANCIAL GROUP; TIMOTHY HAUSER; LAURA TIMMONS; and JOHN MATHEWS, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Siemens Healthineers, Timothy Hauser, Laura Timmons, and Jon Matthews' unopposed motion for an extension of time to respond to Plaintiff's complaint. Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Defendants' deadline to respond to Plaintiff's complaint is extended to June 11, 2021.

//

//

//

//

MINUTE ORDER
C21-0148-JCC
PAGE - 1

1      DATED this 24th day of May 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk