UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER TRISTAN ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS HEALTHINEERS; LINCOLN FINANCIAL GROUP; TIMOTHY HAUSER; LAURA TIMMONS; and JOHN MATHEWS,<br><br>Defendants. | CASE NO. C21-0148-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant The Lincoln National Life Insurance Company's ("Defendant") motion for an extension of time to respond to Plaintiff's complaint (Dkt. No. 17). Plaintiff has not filed a brief in opposition to the motion. Pursuant to Local Civil Rule 7(b)(2), the Court considers such failure as an admission that the motion has merit. Accordingly, the Court, having thoroughly considered the motion and relevant record, and finding good cause, hereby GRANTS the motion and ORDERS that Defendant shall answer or otherwise respond to Plaintiff's complaint no later than July 9, 2021.

//

//

1       DATED this 25th day of June 2021.

                                              William M. McCool
                                              Clerk of Court

                                              s/Paula McNabb
                                              Deputy Clerk

MINUTE ORDER
C21-0148-JCC
PAGE - 2