THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER T. ALEXANDER,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SIEMENS HEALTHINEERS; LINCOLN FINANCIAL GROUP; TIMOTHY HAUSER; LAURA TIMMONS; and JOHN MATHEWS,<br><br>　　　　　Defendants. | CASE NO. C21-0148-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In light of Plaintiff's intent to file and serve an amended complaint, (*see* Dkt. Nos. 24, 28), the Court finds good cause to CONTINUE the status conference scheduled for August 19, 2021 to September 21, 2021 at 9:00 a.m.

DATED this 10th day of August 2021.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C21-0148-JCC
PAGE - 1