THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER T. ALEXANDER, | CASE NO. C21-0148-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SIEMENS HEALTHINEERS; LINCOLN FINANCIAL GROUP; TIMOTHY HAUSER; LAURA TIMMONS; and JOHN MATTHEWS, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Christopher T. Alexander's motion to continue the status conference scheduled for September 21, 2021 because Mr. Alexander will be out of the country on that date (Dkt. No. 30). Yesterday, in light of the current General Order restricting courtroom capacity to 25 people due to the highly contagious delta variant of the COVID-19 virus, the Court struck the status conference and directed the parties to meet and confer and submit a joint status report instead. (*See* Dkt. Nos. 35, 36.) Because the Court has already stricken the status conference, Mr. Alexander's motion is DENIED as moot.

//

//

DATED this 25th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk