# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER T. ALEXANDER,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>SIEMENS HEALTHINEERS, *et al.*,<br><br>　　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C21-0148-JCC |

__	**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_	**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Plaintiff's claims in this case are DISMISSED with prejudice. The Clerk is directed to CLOSE this case.

　　　DATED this 4th day of March 2022.

　　　　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Sandra Rawski*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk